IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| SHUNNTASIA LINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. _____ |
| ) | |
| ALLSTATE VEHICLE AND PROPERTY ) | |
| INSURANCE COMPANY, ) | |
| FICTITIOUS DEFENDANTS A-C, ) | |
| FICTITIOUS DEFENDANTS D-F, ) | |
| FICTITIOUS DEFENDANTS G-I, and ) | |
| FICTITIOUS DEFENDANTS J-L, ) | |
| ) | |

## NOTICE OF REMOVAL

COMES NOW, Defendant Allstate Vehicle and Property Company ("Allstate"), *by special appearance only*, and hereby submits this Notice of Removal of the action herein referred to from the State Court of Muscogee County to the United States District Court for the Middle District of Georgia, Columbus Division, and respectfully shows the Court the following:

1.

A civil action has been brought against Defendant Allstate in the State Court of Muscogee County, State of Georgia, by the above-named Plaintiff, said action being designated as Civil Action No. SC2025CV000085.

2.

Said action seeks recovery of an amount in excess of $75,000.00. Specifically, Plaintiff has demanded payment from Allstate in the amount of $143,024.84. A true and correct copy of the Demand for Payment to Allstate by Plaintiff is filed as Exhibit A to the Affidavit of Melissa C. McMullen.

3.

Upon information and belief, Plaintiff was at the commencement of this action and still is a citizen and resident of the State of Georgia, residing at 2473 Broadmoor Drive, Columbus, GA 31903. (Complaint, ¶ 1).

4.

Defendant Allstate was at the commencement of this action and still is a corporation organized under the laws of the State of Illinois, whose principal place of business is in Northbrook, Illinois.

5.

Pursuant to 28 U.S.C. § 1446(b)(1), this Notice of Removal is filed within thirty (30) days after the *purported* service of Summons on the Defendant. (There has been insufficient process and insufficient service of process on Allstate).

6.

Pursuant to 28 U.S.C. § 1332, this Court has jurisdiction of this action because there is complete diversity of citizenship and because the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

7.

Defendant Allstate attaches hereto a copy of the Plaintiff's Complaint filed in the State Court of Muscogee County, Georgia marked as Exhibit "A", and a copy of the Allstate Vehicle and Property Insurance Company's Answer to Plaintiff's Complaint marked as Exhibit "B".

WHEREFORE, Defendant Allstate Vehicle and Property Insurance Company files this Notice of Removal of said cause to this Court and requests that no further proceedings be had in the State Court of Muscogee County, Georgia.

    Respectfully submitted,

    WEBB NEARY DIKEMAN, LLP

    */s/ Melissa C. McMullen*
    MARVIN D. DIKEMAN
    Georgia State Bar No. 221760
    MELISSA C. MCMULLEN
    Georgia State Bar No. 187560

    ***Attorneys for Defendant Allstate Vehicle and Property Insurance Company***

One Ameris Center, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
(404) 264-1080 / phone
(404) 264-4520 / fax
mdikeman@wndlaw.net
mmcmullen@wndlaw.net

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing **NOTICE OF REMOVAL** (prepared in Times New Roman 14 point font) with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

Ben Clary, Esq.<br>
Chattahoochee Injury Law, LLC<br>
ben@chattinjury.com

This 27th day of February, 2025.

                                          By:   */s/ Melissa C. McMullen*
                                                 MELISSA C. MCMULLEN
                                                 Georgia State Bar No. 187560

                                               ***Attorneys for Defendant Allstate Vehicle and Property Insurance Company***

WEBB NEARY DIKEMAN, LLP
One Ameris Center, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, GA 30305
(404) 264-1080 / phone
(404) 264-4520 / fax
mmcmullen@wndlaw.net